UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAIJAY TODD,<br>Petitioner,<br>-v-<br>UNITED STATES OF AMERICA, | No. 16-cv-00382 (RJS)<br><u>ORDER</u> |
| UNITED STATES OF AMERICA<br>-v-<br>TAIJAY TODD,<br>Defendant. | No. 12-cr-00045-4 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

As set forth on the record at Defendant's February 25, 2020 re-sentencing proceeding, IT IS HEREBY ORDERED THAT Defendant's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255 is GRANTED as to Defendant's conviction under 18 U.S.C. § 924(c) and DENIED in all other respects. Accordingly, IT IS FURTHER ORDERED THAT Count 2 of Defendant's judgment and conviction is vacated and dismissed, and Count 1 is vacated for re-sentencing. The Clerk of the Court is respectfully directed to terminate the motion pending at document number 464 in 12-cr-45, and to enter judgment in favor of Petitioner in 16-cv-382 and close that case.

SO ORDERED.

Dated:   February 26, 2020
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation