**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TAIJAY TODD,

                Petitioner,                16 **CIVIL** 382 (RJS)

    -v-                        **JUDGMENT**

UNITED STATES OF AMERICA,
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                         12 **CR** 45-4 (RJS)

    -v-

TAIJAY TODD,

                Defendant.
-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 26, 2020, Defendant's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255 is GRANTED as to Defendant's conviction under 18 U.S.C. § 924(c) and DENIED in all other respects. Count 2 of Defendant's judgment and conviction is vacated and dismissed, and Count 1 is vacated for re-sentencing. Judgment is entered in favor of Petitioner in 16-cv-382; accordingly, case number 16-cv-382 is closed.

**Dated:** New York, New York
        February 27, 2020

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                **BY:**
                                                        **Deputy Clerk**